■ NEWHOUSE PROPERTIES, INC., Appellant, v ROBERT J. MCGEE, Respondent.—Judgment insofar as appealed from unanimously reversed on the law without costs, in accordance with the following memorandum: The County Court lacked jurisdiction to grant the equitable relief awarded respondent in this RPAPL article 7 summary proceeding. County Court possesses limited jurisdiction and may exercise equity power only to the extent specifically provided by law (NY Const, art VI, § 11 [b]; Judiciary Law §§ 190, 190-b; *see, Matter of Hill v Marks,* 124 AD2d 445). Moreover, respondent did not request such equitable relief in his answer. Additionally, the object of an RPAPL article 7 summary proceeding is to resolve questions affecting possession of real property promptly, not to determine equitable questions of title *(see, Tivoli Assocs. v Wing,* 122 Misc 2d 901, 902-903). In view of our holding, we do not reach the remaining issues raised by respondent. (Appeal

from judgment of Erie County Court, La Mendola, J.—eviction.) Present—Doerr, J. P., Boomer, Green, Lawton and Davis, JJ.